**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

GONZALO J. DUNIA,

Debtor.
-----------------------------------------------------------X

20 CIVIL 7484 (KPF)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 29, 2021, the Order of the Bankruptcy Court is AFFIRMED, and Appellant's appeal is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
April 29, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**